381 A.2d 895

Commonwealth, Appellant, v. Hartman.

598

 Argued September 13, 1977.
Richard W. Webb, District Attorney, for Commonwealth, appellant; Arnold Sousa, with him Wallace C. Worth, Jr., for appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.